<div style="border">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern _____ District of Texas _____
(State)

Case number (If known): _____ Chapter 7 _____

</div>

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Bennu Oil & Gas, LLC |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | GOM Bidco, LLC |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 4  6  –  3  8  9  5  1  4  1 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1330   Post Oak Blvd. <br> Number   Street | Number   Street |
| Suite 1600 | P.O. Box |
| Houston          TX     77056 <br> City            State   ZIP Code | City          State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Harris <br> County | Number   Street |
| | City          State   ZIP Code |

5. **Debtor's website** (URL)   www.bennuoil.com

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

Debtor    Bennu Oil & Gas, LLC                                        Case number (if known) _____
_____
          Name

| 7. | **Describe debtor's business** |
|---|---|

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

  2   1   1   1

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** |
|---|---|

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** |
|---|---|
| | If more than 2 cases, attach a separate list. |

☑ No

☐ Yes. District _____  When _____  Case number _____
                                    MM / DD / YYYY

        District _____  When _____  Case number _____
                                    MM / DD / YYYY

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** |
|---|---|
| | List all cases. If more than 1, attach a separate list. |

☐ No

☑ Yes. Debtor    See Attachment 1    Relationship _____

      District _____  When _____
                                                MM / DD / YYYY

      Case number, if known _____

Debtor    Bennu Oil & Gas, LLC
_____    Case number (if known) _____
          Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other   See Attachment 2
_____

**Where is the property?** _____
                          Number          Street

_____

_____
City                                   State      ZIP Code

**Is the property insured?**

☐ No

☑ Yes.  Insurance agency    Aon Risk Solutions
_____

        Contact name    Carol Jones, Account Executive
_____

        Phone    832-476-5839
_____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Bennu Oil & Gas, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☑ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/30/2016
MM / DD / YYYY

✗ _Michael O. Aldridge_
Signature of authorized representative of debtor

Title   CFO

Michael O. Aldridge
Printed name

**18. Signature of attorney**

✗ _John P. Melko_
Signature of attorney for debtor

Date   11 / 30 / 2016
MM / DD / YYYY

JOHN P. MELKO
Printed name

GARDERE WYNNE SEWELL LLP
Firm name

1000 LOUISIANA STREET; SUITE 2000
Number      Street

HOUSTON
City

TX
State

77002
ZIP Code

713 276-5500
Contact phone

JMELKO@GARDERE.com
Email address

13919600
Bar number

TEXAS
State

---

Official Form 201

Voluntary Petition for Non-Individuals Filing for Bankruptcy

## ATTACHMENT 1 TO VOLUNTARY PETITION

On the date hereof, each of the affiliated entities listed below (collectively, the "**Debtors**") will file or has filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "**Court**").

| Debtor Name | Federal EIN |
|---|---|
| Bennu Oil & Gas, LLC | 46-3895141 |
| Bennu Holdings, LLC | 90-1019586 |
| Bennu Blocker, Inc. | 46-3769983 |

Additionally, there is a bankruptcy matter pending in the United States Bankruptcy Court for the District of Delaware, by an affiliate of the Debtors.

| Debtor Name | Case No. |
|---|---|
| Bennu Titan LLC | 16-11870 (LSS) |

## ATTACHMENT 2 TO VOLUNTARY PETITION

Bennu Oil & Gas, LLC ("BOG"), as ATP Oil & Gas Corporation's assignee, currently possesses the exclusive right to operate the Titan Platform, which is a multi-column, deep draft, floating drilling and production platform moored in Mississippi Canyon Block 941, Gulf of Mexico, pursuant to that certain Platform Use Agreement dated September 24, 2010, as amended, originally entered into by and between ATP Oil & Gas Corporation and ATP Titan LLC (now known as Bennu Titan LLC), as owner of the Titan Platform. All oil and gas production which flowed through the Titan Platform has been shut-in; all related wells have been shut-in and isolated; and all facilities on the Platform have been flushed and securely shut-down. All production crews have been terminated. BOG has retained a marine crew to man the Titan facility, together with associated health, environmental and safety and emergency response services, transportation, fuel, insurance and other necessary support services for the crew. U.S. Coast Guard regulations (as administered under the Outer Continental Shelf Lands Act) require that the Titan Platform be continuously manned by a marine crew, including after BOG's Chapter 7 filing. BOG has pre-paid contractors for the continued manning of the Titan Platform, with support services, for a limited period after BOG's Chapter 7 filing.