**Fill in this information to identify the case:**

Debtor name __Bennu Oil & Gas, LLC_____

United States Bankruptcy Court for the: __Southern_____ District of __Texas__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                            12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ Undetermined

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................... $ 32,566,029

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ 32,566,029

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................ $ 494,961,643

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................. $ 269,957

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................ + $ 228,917,162

4. **Total liabilities**...........................................................................................................................................  $ 724,148,762
   Lines 2 + 3a + 3b

Official Form 206Sum             Summary of Assets and Liabilities for Non-Individuals                    page 1