| **Fill in this information to identify the case:** |
| --- |

Debtor name  Bennu Oil & Gas, LLC _____

United States Bankruptcy Court for the: Southern _____  District of  Texas _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

2. **Cash on hand**                                                                                       $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. See attachment 3-4 | Unrestricted cash | ___ ___ ___ ___ | $ 9,851,884 |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1. See attachment 3-4 | Restricted cash | $ 11,985,211 |
| 4.2. _____ | | $_____ |

5. **Total of Part 1**                                                                                      $ 21,837,095

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **Part 2:** | **Deposits and prepayments** |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
| --- | --- |
| 7.1. See attachment 7.0 | $ 1,493,180 |
| 7.2._____ | $_____ |

Debtor   Bennu Oil & Gas, LLC
_____     Case number (*if known*)_____
         Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. See attachment 8.0 _____     $ 4,157,718 _____

   8.2. _____     $ _____

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.     $ 5,670,898 _____

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.

    ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:    See attachment 11.0 _____  –  _____  = ........➔     $ 68,450 _____
                                 face amount                    doubtful or uncollectible accounts

    11b. Over 90 days old:       _____  –  _____  = ........➔     $ _____
                                 face amount                    doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $ 68,450 _____

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☑ No.  Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____     _____     $ _____

    14.2. _____     _____     $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                        % of ownership:

    15.1. _____     _____ %     _____     $ _____

    15.2. _____     _____ %     _____     $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____     _____     $ _____

    16.2. _____     _____     $ _____

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.     $ _____

---

Debtor  Benhu Oil & Gas, LLC
_____
Name

Case number (*if known*)_____

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> Capital Spares Wellhead | _____ <br> MM / DD / YYYY | 1,041,506 <br> $_____ | TBD | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

Debtor ___Bennu Oil & Gas, LLC_____     Case number (*if known*)_____
       Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                          $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ❑ No

    ❑ Yes. Is any of the debtor's property stored at the cooperative?

        ❑ No

        ❑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ❑ No

    ❑ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ❑ No

    ❑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ❑ No

    ❑ Yes

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ❑ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> See attachment 39-41 | $ 1,394,617 | TBD | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                          $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ❑ No

    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ❑ Yes

---

Debtor    Bennu Oil & Gas, LLC
          _____         Case number (if known)_____
          Name

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor      Bennu Oil & Gas, LLC
            _____          Case number (*if known*)_____
            Name

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☐   No. Go to Part 10.

☒   Yes. Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$Undetermined_____

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☐   No

☐   Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐   No

☐   Yes

## Part 10:  Intangibles and intellectual property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐   No. Go to Part 11.

☒   Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets**<br>See Attachment 60 | $0_____ | _____ | $0_____ |
| **61.  Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62.  Licenses, franchises, and royalties**<br>See Attachment 62 | $0_____ | _____ | $0_____ |
| **63.  Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64.  Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65.  Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66.  Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0_____

Debtor  Bennu Oil & Gas, LLC
_____
Name                                                   Case number *(if known)*_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ■ No
- ❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ■ No
- ❑ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ❑ No. Go to Part 12.
- ■ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
    Description (include name of obligor)
    Note receivable from Bennu Blocker, Inc.    1,275,371 − 1,275,371 = ➜   $_____
    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
    _____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    _____   $_____
    **Nature of claim** _____
    **Amount requested** $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    PHA Audit Claim - Murphy Oil Corp.   $ 4,989,586
    **Nature of claim** _____
    **Amount requested** $ 4,989,586

76. **Trusts, equitable or future interests in property**
    _____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    _____   $_____
    _____   $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.   $ 4,989,586

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ■ No
- ❑ Yes

Debtor   Bennu Oil & Gas, LLC
_____
Name

Case number (*if known*)_____

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 21,837,095 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 5,670,898 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 68,450 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | |
| 88. **Real property.** *Copy line 56, Part 9.* . ................................................➔ | | $ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 4,989,586 | |
| 91. **Total.** Add lines 80 through 90 for each column**.** ........................... 91a. | $ 32,566,029 | **+** 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................. $ 32,566,029

**Bennu Oil & Gas, LLC**

**Attachment to Form 206 A/B - Part 1.3-4 Cash**

**Amounts as of November 25, 2016**

| Description | Account Number | | Balance |
|---|---|---|---|
| Operating Account | XXXXX7023 | (1) | $  10,331,641.48 |
| Disbursement Account | XXXXX8111 | (1) | (800,161.51) |
| MMDA Account | XXXXXX3217 | (1) | 0.00 |
| Bennu Holdings Operating Account | XXXXX3287 | (1) | - |
| Payroll Account | XXXXX3732 | (1) | 316,322.25 |
| Medical Account | XXXXX9532 | (1) | 4,081.99 |
| Operating Account | XXXXX0559 | (1) | - |
| Total Unrestricted Cash of Borrower | | | 9,851,884.21 |
| Sr. Liens Escrow * | XXXXX0182 | (1) | 1,155,704.44 |
| Bond Collateral | XXXXXX7953 | (2) | 3,303,350.39 |
| PWP Jr. Liens | XXXXXX7736 | (1) | 7,526,156.12 |
| Total Restricted Cash | | | 11,985,210.95 |
| Total Cash | | | $  21,837,095.16 |

(1)   JP Morgan Chase Bank
(2)   US Bank

\* Subject to resolution of the senior lien claims by Harvey Gulf and Hornbeck as particularly
described in Form 207, Section 7.  Pursuant to the Sale Order, $50,000 of any remaining escrow
account balance is to be paid to ATP Oil & Gas
Corporation's Chapter 7 Trustee.

Note - As of the filing date $100,00.00 remains in the operating account

**Bennu Oil & Gas, LLC**
**Attachment to Form 206 A/B - Part 2.7 Deposits**
**Amounts as of November 25, 2016**

| Counterparty | Description | | Balance |
|---|---|---|---:|
| Four Oaks Place | Rent deposit 1330 Post Oak Blvd, Ste 1600 | $ | 94,878 |
| Telecom | Telecommunications service deposit | | 3,179 |
| | GL account 124/5 | | 98,057 |
| | | | |
| | Name | Lease Number | |
| ONRR | GC300 | 0540229390 | 236,783 |
| ONRR | MC 942 | 0540241300 | 15,000 |
| ONRR | SS 351 | 0540260780 | 10,000 |
| ONRR | SS 358 | 0540198220 | 5,000 |
| | GL account 124/10 | | 266,783 |
| | | | |
| Poseidon | Transportation Deposit for GC300 and SS358 | | 928,340 |
| Transco | Transportation Deposit for SS 358 | | 50,000 |
| DGT | Transportation Deposit for GC300, MC941, MC942 & AT 63 | | 150,000 |
| | GL account 124/15 | | 1,128,340 |
| | | | |
| | Total Deposits | $ | 1,493,180 |

**Bennu Oil & Gas, LLC**
**Attachment to Form 206 A/B - Part 2.8 Prepayments**
**As of November 25, 2016**

| Counterparty | Description | Balance |
|---|---|---|
| Aon Risk Services Southwest | Insurance program | $   3,184,410 |
| Latham | Legal retainer | 100,000 |
| Kurtzman Carson | Legal retainer | 20,000 |
| Latham | Legal retainer | 100,000 |
| Omelveney | Legal retainer | 150,000 |
| Gardere Wayne Sewell | Legal retainer | 50,000 |
| Richards Layton & Finger, P.A. | Legal retainer | 25,000 |
| Looper Goodwine P.C. | Legal retainer | 75,000 |
| Various | Prepaid operating costs | 300,195 |
| Four Oaks Place | Prepaid rent | 153,113 |
| | Total prepaid costs | $   4,157,718 |

**Bennu Oil & Gas, LLC**
**Attachment to Form 206 A/B - Part 3.11 Accounts Receivable**
**Amounts as of November 25, 2016**

| Counterparty | Description | Balance |
|---|---|---|
| AR - CASH CLEARING | | $ 3,542 |
| AR - O&G REVENUE | | 40,318 |
| AR - JIB RECEIVABLES | | 24,595 |
| | Total accounts receivable | $ 68,456 |

**Bennu Oil & Gas, LLC**
**Attachment to Form 206 A/B - Part 7.39-41 Furniture, Fixtures & Equipment**
**Amounts as of November 25, 2016**

| Counterparty | Description | Balance |
|---|---|---|
| FE - FURNITURE & EQUIPMENT | | $    489,177 |
| LI - LEASEHOLD IMPROVEMENTS | | 162,993 |
| CS - COMPUTERS | | 520,708 |
| CS - SERVERS | | 203,599 |
| SW-SOFTWARE | | 571,665 |
| PR - PERIPHERALS | | 57,737 |
| NW - NETWORK | | 209,500 |
| TL - TELECOMMUNICATIONS | | 240,101 |
| Subtotal | | 2,455,479 |
| Less Accumulated depreciation | | (1,060,862) |
| | Total furniture, fixtures & equipment | $    1,394,617 |

In re: Beryl Oil & Gas LLC
Case No. _____
Schedule AB. Part 9
Real Property

| Name of other parties to lease or contract | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. State whether lease is of nonresidential real property. State contract number of any government contract. |
|---|---|---|---|---|---|---|---|---|
| United States, Bureau of Ocean Energy Management | 1201 Elmwood Park Blvd. | | | New Orleans | LA | 70123 | USA | Oil and Gas Lease of Submerged Lands under the Outer Continental Shelf Lands Act, number OCS-G 32556, dated August 1, 2008, wherein debtor has a leasehold interest |
| United States, Bureau of Ocean Energy Management | 1201 Elmwood Park Blvd. | | | New Orleans | LA | 70123 | USA | Oil and Gas Lease of Submerged Lands under the Outer Continental Shelf Lands Act, number OCS-G 32560, dated August 1, 2008, wherein debtor has a leasehold interest |
| United States, Bureau of Ocean Energy Management | 1201 Elmwood Park Blvd. | | | New Orleans | LA | 70123 | USA | Oil and Gas Lease of Submerged Lands under the Outer Continental Shelf Lands Act, number OCS-G 13198, dated May 1, 1991, wherein debtor has a leasehold interest |
| State Mineral Board on behalf of the State of Louisiana | 617 North Third Street LaSalle Building | 8th Floor | | Baton Rouge | LA | 70802 | USA | The State Mineral Board of the State of Louisiana, as Lessor, and Stephen M. Jenkins & Associates, Inc., as Lessee, recorded in Conveyance Book 893, Entry No. 225, in the Conveyance Records of Plaquemines Parish, Louisiana, hereinafter referred to as State Lease No. 15683, Breton Sound 45 Tract 29848, dated April 9, 1997 |
| United States, Bureau of Ocean Energy Management | 1201 Elmwood Park Blvd. | | | New Orleans | LA | 70123 | USA | Oil and Gas Lease of Submerged Lands under the Outer Continental Shelf Lands Act, number OCS-G 31544, dated March 1, 2008, wherein debtor has a leasehold interest |
| United States, Bureau of Ocean Energy Management | 1201 Elmwood Park Blvd. | | | New Orleans | LA | 70123 | USA | Oil and Gas Lease of Submerged Lands under the Outer Continental Shelf Lands Act, number OCS-G 30792, dated December 1, 2006, wherein debtor has a leasehold interest, which includes Blocks 314 and 317, South Timbalier |
| United States, Bureau of Ocean Energy Management | 1201 Elmwood Park Blvd. | | | New Orleans | LA | 70123 | USA | Oil and Gas Lease of Submerged Lands under the Outer Continental Shelf Lands Act, number OCS-G 22939, dated July 1, 2001, wherein debtor has a leasehold interest |
| United States, Bureau of Ocean Energy Management | 1201 Elmwood Park Blvd. | | | New Orleans | LA | 70123 | USA | Oil and Gas Lease of Submerged Lands under the Outer Continental Shelf Lands Act, number OCS-G 33246, dated July 1, 2009, wherein debtor has a leasehold interest |
| United States, Bureau of Ocean Energy Management | 1201 Elmwood Park Blvd. | | | New Orleans | LA | 70123 | USA | Oil and Gas Lease of Submerged Lands under the Outer Continental Shelf Lands Act, number OCS-G 27562, dated January 1, 2006, wherein debtor has a leasehold interest |
| United States, Bureau of Ocean Energy Management | 1201 Elmwood Park Blvd. | | | New Orleans | LA | 70123 | USA | Oil and Gas Lease of Submerged Lands under the Outer Continental Shelf Lands Act, number OCS-G 32310, dated June 1, 2008, wherein debtor has a leasehold interest |

In re: Beryl Oil & Gas LLC
Case No. _____
Schedule AB.  Part 9
Real Property

| Name of other parties to lease or contract | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest.  State whether lease is of nonresidential real property.  State contract number of any government contract. |
|---|---|---|---|---|---|---|---|---|
| United States, Bureau of Ocean Energy Management | 1201 Elmwood Park Blvd. | | | New Orleans | LA | 70123 | USA | Oil and Gas Lease of Submerged Lands under the Outer Continental Shelf Lands Act, number OCS-G 16661, dated September 1, 1996, wherein debtor has a leasehold interest |
| United States, Bureau of Ocean Energy Management | 1201 Elmwood Park Blvd. | | | New Orleans | LA | 70123 | USA | Oil and Gas Lease of Submerged Lands under the Outer Continental Shelf Lands Act, number OCS-G 24130, dated June 1, 2002, wherein debtor has a leasehold interest |
| United States, Bureau of Ocean Energy Management | 1201 Elmwood Park Blvd. | | | New Orleans | LA | 70123 | USA | Oil and Gas Lease of Submerged Lands under the Outer Continental Shelf Lands Act, number OCS-G 26078, dated May 1, 2004, wherein debtor has a leasehold interest |
| United States, Bureau of Ocean Energy Management | 1201 Elmwood Park Blvd. | | | New Orleans | LA | 70123 | USA | Oil and Gas Lease of Submerged Lands under the Outer Continental Shelf Lands Act, number OCS-G 19822, dated June 1, 1998, wherein debtor has a leasehold interest |
| United States, Bureau of Ocean Energy Management | 1201 Elmwood Park Blvd. | | | New Orleans | LA | 70123 | USA | Oil and Gas Lease of Submerged Lands under the Outer Continental Shelf Lands Act, number OCS-G 9614, dated August 1, 1988, wherein debtor has a leasehold interest |
| United States, Bureau of Ocean Energy Management | 1201 Elmwood Park Blvd. | | | New Orleans | LA | 70123 | USA | Oil and Gas Lease of Submerged Lands under the Outer Continental Shelf Lands Act, number OCS-G 13928, dated May 1, 1993, wherein debtor has a leasehold interest. |
| United States, Bureau of Ocean Energy Management | 1201 Elmwood Park Blvd. | | | New Orleans | LA | 70123 | USA | Oil and Gas Lease of Submerged Lands under the Outer Continental Shelf Lands Act, number OCS-G 15347, dated September 1, 1995, wherein debtor has a leasehold interest. |
| United States, Bureau of Ocean Energy Management | 1201 Elmwood Park Blvd. | | | New Orleans | LA | 70123 | USA | Oil and Gas Lease of Submerged Lands under the Outer Continental Shelf Lands Act, number OCS-G 15349, dated September 1, 1995, wherein debtor has a leasehold interest. |

## Intellectual Property

**PAT# Filing Date Issue Date Title**
6,932,121 Jul 30, 2004 Aug 23, 2005 Method for offloading and storage of liquefied compressed natural gas
6,955,503 Jul 30, 2004 Oct 18, 2005 Method for salvaging offshore jackets
6,964,180 Jul 30, 2004 Nov 15, 2005
Method and system for loading pressurized compressed natural gas on a floating vessel
7,155,918 Jun 4, 2004 Jan 2, 2007 System for processing and transporting compressed natural gas
7,237,391 Jun 4, 2004 Jul 3, 2007 Method for processing and transporting compressed natural gas
7,240,498 Jun 4, 2004 Jul 10, 2007
Method to provide inventory for expedited loading, transporting, and unloading of compressed natural gas
7,240,499 Jun 4, 2004 Jul 10, 2007 Method for transporting compressed natural gas to prevent explosions
7,270,071 March 30,2007 Sep 18, 2007 Deep draft semisubmersible movable offshore structure
7,329,070 March 30,2007 Feb 12, 2008 Ram-type tensioner assembly with accumulators
7,588,393 Sep 2, 2008 Sep 15, 2009
Method for supporting top tension drilling and production risers on a floating vessel
7,654,327 Sep 2, 2008 Feb 2, 2010 Tensioner assembly
7,886,828 Sep 2, 2008 Feb 15, 2011 Floating vessel for supporting top tension drilling and production risers
7,976,247 Nov 4, 2009 Jul 12, 2011 Dual pressure cylinder
7,980,786 Nov 4, 2009 Jul 19, 2011 Dual pressure tensioner system
7,980,787 Nov 4, 2009 Jul 19, 2011 Dual pressure tensioner method
8,100,076 Feb 11, 2011 Jan 24, 2012 Liquefied natural gas processing and transport system
8,104,416 Feb 11, 2011 Jan 31, 2012 Floating natural gas processing station
8,104,417 Feb 11, 2011 Jan 31, 2012 Soft yoke
8,308,517 Feb 11, 2011 Nov 13, 2012
Method for offshore natural gas processing using a floating station, a soft yoke, and a transport ship
8,308,518 Feb 11, 2011 Nov 13, 2012
Method for processing and moving liquefied natural gas using a floating station and a soft yoke
8,375,878 Feb 11, 2011 Feb 19, 2013
Method for offloading a fluid that forms a hydrocarbon vapor using a soft yoke

**Provisional Patent Applications**
Floating Liquefaction Vessel
Liquefied Natural Gas Dynamic Positioning System Processing and Transport System
Method for Offshore Natural Gas Processing with Dynamic Positioning System
Method for Processing and Moving Natural Gas Processing with Dynamic Positioning System
Method for Tendering at Sea with Pivotable Walkway and Dynamic Positioning System

**Attachment - Part 10 - 62**

Bennu Oil & Gas, LLC acquired a 2.0000% overriding royalty interest in Breton Sound Block 45, Tract 29848 in Louisiana State waters in the Gulf of Mexico in ATP Oil & Gas Corporation's Chapter 11.  I believe that the leasehold interest from which such ORRI is derived was most recently held by Century Exploration New Orleans, LLC and was subject to a Chapter 11 proceeding filed in U.S. Bankruptcy Court in Houston by RAAM Global Energy Company, also known as Century Exploration New Orleans, LLC, Century Exploration Houston, LLC and Century Exploration Resources, LLC.  Bennu didn't file a claim in such Chapter 11 proceedings because the cost of legal fees to pursue such would have exceeded the anticipated revenues from such ORRI, based upon recent payments.