**Fill in this information to identify the case:**

Debtor name __Bennu Oil & Gas, LLC__

United States Bankruptcy Court for the: __Southern__    District of __Texas__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1**  **Creditor's name**
See attachment

**Describe debtor's property that is subject to a lien**

$ 494,961,643      $ _____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**2.2**  **Creditor's name**
_____

**Describe debtor's property that is subject to a lien**
_____

$ _____    $ _____

**Creditor's mailing address**
_____
_____

**Describe the lien**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 494,961,643

Official Form 206D      Schedule D: Creditors Who Have Claims Secured by Property      page 1 of ___

Debtor  Bennu Oil & Gas, LLC
       Name

Case number *(if known)*_____

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._  Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ❏ No
- ❏ Yes. Have you already specified the relative priority?
  - ❏ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
- ❏ No
- ❏ Yes

**Is anyone else liable on this claim?**
- ❏ No
- ❏ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

$_____   $_____

---

**2._  Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ❏ No
- ❏ Yes. Have you already specified the relative priority?
  - ❏ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
- ❏ No
- ❏ Yes

**Is anyone else liable on this claim?**
- ❏ No
- ❏ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

$_____   $_____

Debtor __Bennu Oil & Gas, LLC__                        Case number (*if known*)_____
         Name

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Wilmington Trust, N.A.<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN  55402 | Line 2. 1 | ___ ___ ___ ___ |
| Duane Morris LLP<br>1330 Post Oak Blvd., #800<br>Houston, TX  77056 | Line 2. 1 | ___ ___ ___ ___ |
| O'Melveny & Myers<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA  90071 | Line 2. 1 | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Form 206D            Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**            page ___ of ___

Bennu Oil & Gas, LLC
Attachment to Form 206D - Part 2.1 Creditors with Secured Claims
As of November 14, 2016

| INVESTOR | Address1 | Address2 | Address3 | City | ST | Zip | Outstanding | % of Total | Related? |
|---|---|---|---|---|---|---|---|---|---|
| ALPINE SWIFT MASTER LP | 767 Fifth Avenue, 16th Floor | C/O Wingspan | | New York | NY | 10153 | 14,283,838.47 | 2.89% | No |
| ASSOCIATED BRITISH FOODS PENSION SCHEME - 1 | 1620 26th Street, Suite 6000N | C/O Beachpoint Capital | | Santa Monica | CA | 90404 | 1,481,126.65 | 0.30% | No |
| AVENUE CREDIT STRATEGIES FUND | 399 Park Avenue, 6th Floor | | | New York | NY | 10022 | 18,969,878.76 | 3.83% | No |
| AVENUE ENTRUST CUSTOMIZED PORTFOLIO SPC ON BEHALF OF AND FOR THE ACCOUNT OF AVENUE US/EUROPE DISTRESSED SEGREGATED | 399 Park Avenue, 6th Floor | | | New York | NY | 10022 | 1,997,383.99 | 0.40% | No |
| AVENUE INCOME CREDIT STRATEGIES FUND | 399 Park Avenue, 6th Floor | | | New York | NY | 10022 | 5,489,863.76 | 1.11% | No |
| Avenue Investments LP | 399 Park Avenue, 6th Floor | | | New York | NY | 10022 | 119,565,534.62 | 24.16% | No |
| BANK OF AMERICA NA | 214 North Tryon Street | | | Charlotte | NC | 28255 | 1,318.13 | 0.00% | No |
| BEACH POINT MULTI-ASSET CREDIT FUND LTD | 1620 26th Street, Suite 6000N | | | Santa Monica | CA | 90404 | 1,414,408.71 | 0.29% | No |
| BEACH POINT SCF IV LLC | 1620 26th Street, Suite 6000N | | | Santa Monica | CA | 90404 | 1,221,195.90 | 0.25% | No |
| BEACH POINT SCF X LLC | 1620 26th Street, Suite 6000N | | | Santa Monica | CA | 90404 | 886,782.29 | 0.18% | No |
| BEACH POINT STRATEGIC MASTER FUND L.P. | 1620 26th Street, Suite 6000N | | | Santa Monica | CA | 90404 | 644,441.22 | 0.13% | No |
| BEACH POINT TOTAL RETURN MASTER FUND LP - 2 | 1620 26th Street, Suite 6000N | | | Santa Monica | CA | 90404 | 11,187,138.81 | 2.26% | No |
| Beadsea Opportunity LLC | 777 Third Ave Suite 19A | | | New York | NY | 10017 | 3,727,927.78 | 0.75% | No |
| BELL ATLANTIC MASTER TRUST | One Mellon Center; Suite 151-0915 | C/O Credit Value Partners | | Pittsburgh | PA | 15258-0001 | 3,048,844.02 | 0.62% | No |
| BOF HOLDINGS IV, LLC | 1450 Brickell Avenue, 31st Floor | C/O Bayside Capital | | Miami | FL | 33131 | 6,142,594.70 | 1.24% | No |
| BROOKWOOD S A R L | 6D, route de Trèves | C/O Castle Hill Asset Management | | Senningerberg Luxembourg | | L-2633 | 25,572,846.08 | 5.17% | No |
| BUSBAR II LLC | 200 Clarendon Street, 55th Floor | C/O Arclight Capital Partners | | Boston | MA | 02117 | 2,559,414.47 | 0.52% | No |
| BUSBAR III, LLC. | 200 Clarendon Street, 55th Floor | C/O Arclight Capital Partners | | Boston | MA | 02116 | 2,559,414.47 | 0.52% | No |
| CASTLE HILL ENHANCED FLOATING RATE OPPORTUNITIES LIMITED | 42-44 Grosvenor Gardens | | | London, UK | | SW1W 0EB | 12,907,467.68 | 2.61% | No |
| Credit Suisse Loan Funding LL | Eleven Madison Avenue, 23rd Floor | | | New York | NY | 10010 | 48,700,657.40 | 9.84% | No |
| CREDIT VALUE MASTER FUND III LP | 777 Third Ave Suite 19A | | | New York | NY | 10017 | 16,337,003.21 | 3.30% | No |
| CREDIT VALUE MASTER FUND IV-A1 LP | 777 Third Ave Suite 19A | | | New York | NY | 10017 | 2,037,342.81 | 0.41% | No |
| CREDIT VALUE MASTER FUND IV-B LP | 777 Third Ave Suite 19A | | | New York | NY | 10017 | 1,018,671.39 | 0.21% | No |
| CREDIT VALUE PARTNERS DISTRESSED DURATION MASTER FUND, LP | 777 Third Ave Suite 19A | | | New York | NY | 10017 | 7,223,504.99 | 1.46% | No |
| CVP DISTRESSED FUND, LP | 777 Third Ave Suite 19A | C/O Credit Value Partners | | New York | NY | 10017 | 253,456.29 | 0.05% | No |
| Fernwood Associates LLC | 1370 Avenue of the Americas, 33rd Fl | C/O Intermarket | | New York | NY | 20019 | 16,526,648.70 | 3.34% | No |
| Fernwood Foundation Fund LLC | 1370 Avenue of the Americas, 33rd Fl | C/O Intermarket | | New York | NY | 20019 | 3,166,391.12 | 0.64% | No |
| Fernwood Restructurings Ltd | 1370 Avenue of the Americas, 33rd Fl | C/O Intermarket | | New York | NY | 20019 | 16,542,301.75 | 3.34% | No |
| FULCRA FOCUSED YIELD FUND | 415-1090 West Pender St | | | Vancouver, BC | | V6E 2N7 | 172,735.92 | 0.03% | No |
| GOLDMAN SACHS LENDING PARTNERS LLC | 200 West Street | | | New York | NY | 10282-2198 | 1,804,172.27 | 0.36% | No |
| JP Morgan Whitefriars Inc | 125 London Wall | C/O JP Morgan Chase | | London, UK | | EC2Y 5AJ | 27,061,627.98 | 5.47% | No |
| LAKE WATER TOTAL RETURN OPPORTUNITY FUND LP | 3 Fennell Street, Suite 3 | | | Skaneateles | NY | 13152 | 628,025.30 | 0.13% | No |
| LLOYDS BANK PENSION SCHEME No. 1-2 | 1620 26th Street, Suite 6000N | C/O Beachpoint Capital | | Santa Monica | CA | 90404 | 2,121,459.99 | 0.43% | No |
| LLOYDS BANK PENSION SCHEME No. 2 | 1620 26th Street, Suite 6000N | C/O Beachpoint Capital | | Santa Monica | CA | 90404 | 944,576.94 | 0.19% | No |
| MSD CREDIT OPPORTUNITY FUND, L.P. | 645 Fifth Ave, 21st Floor | | | New York | NY | 10022 | 12,845,181.26 | 2.60% | No |
| P STONE LION IE, A FUND OF PERMAL MANAGED ACCOUNT PLATFORM ICAV | Four Chase Metrotech Center North | | | Brooklyn | NY | 11245-0001 | 2,180,638.00 | 0.44% | No |
| PENNANTPARK CREDIT OPPORTUNITIES FUND II, LP | 590 Madison Avenue, Floor 15 | | | New York | NY | 10022 | 1,419,962.14 | 0.29% | No |

Bennu Oil & Gas, LLC
Attachment to Form 206D - Part 2.1 Creditors with Secured Claims
As of November 14, 2016

| INVESTOR | Address1 | Address2 | Address3 | City | ST | Zip | Outstanding | % of Total | Related? |
|---|---|---|---|---|---|---|---|---|---|
| PENNANTPARK INVESTMENT CORPORATION | 590 Madison Avenue, Floor 15 | | | New York | NY | 10022 | 26,979,280.80 | 5.45% | No |
| PERELLA WEINBERG PARTNERS ASSET BASED VALUE MASTER FUND I LP | 767 Fifth Avenue, 4th Floor | | | New York | NY | 10153 | 10,122,484.19 | 2.05% | No |
| ROYAL MAIL PENSION PLAN 1 | 1620 26th Street, Suite 6000N | C/O Beachpoint Capital | | Santa Monica | CA | 90404 | 1,329,037.45 | 0.27% | No |
| Schultze Master Fund Ltd | 3000 Westchester Ave, Suite 204 | | | Purchase | NY | 10577 | 2,561,027.44 | 0.52% | No |
| Sierra Income Corporation | 375 Park Avenue 33rd Floor | C/O Medley Capital | | New York | NY | 10152 | 5,656,703.94 | 1.14% | No |
| SPECTRUM CREDIT OPPORTUNITIES FUND II, LP | 1250 Broadway, 19th Floor | | | New York | NY | 10001 | 3,579,002.58 | 0.72% | No |
| Spectrum-KSS Master SPC Ltd Segregated Portfolio B-1 (fka KHROMA SPECIAL SITUATIONS MASTER SPC LTD - CLASS B-1) | 1250 Broadway, 19th Floor | C/O Spectrum Group | | New York | NY | 10001 | 5,490,369.76 | 1.11% | No |
| Stone Lion Portfolio LP | Four Chase Metrotech Center North | | | Brooklyn | NY | 11245-0001 | 5,769,007.20 | 1.17% | No |
| WHITEHORSE IX, LTD. | 1555 North Rivercenter Drive, Suite 302 | | | Milwaukee | WI | 53212 | 4,069,443.35 | 0.82% | No |
| WHITEHORSE VIII, LTD | 601 Travis Street, 17th Floor | | | Houston | TX | 77002 | 3,048,262.62 | 0.62% | No |
| WINGSPAN MASTER FUND LP | 767 Fifth Avenue, 16th Floor | | | New York | NY | 10153 | 31,711,245.54 | 6.41% | No |
| | | | | | | | 494,961,642.82 | 100.00% | |