**Fill in this information to identify the case:**

Debtor: Bennu Oil & Gas, LLC

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
■ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1** Priority creditor's name and mailing address: See Attachment

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Total claim: $269,957
Priority amount: $269,957

Date or dates debt was incurred: _____

Basis for the claim: _____

Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8(b) )

**2.2** Priority creditor's name and mailing address: _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $_____
Priority amount: $_____

Date or dates debt was incurred: _____

Basis for the claim: _____

Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address: _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $_____
Priority amount: $_____

Date or dates debt was incurred: _____

Basis for the claim: _____

Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1
**Nonpriority creditor's name and mailing address**
See attachment 3.0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**  Various
**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 4,294,351

### 3.2
**Nonpriority creditor's name and mailing address**
Bureau of Safety & Environmental Enforcement
Gulf of Mexico, OCS Region; 1201 Elmwood Park Blvd
New Orleans, LA 70123-2394

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Property decommissioning liability

**Date or dates debt was incurred**  Various
**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
■ No
☐ Yes

$ 224,622,811

### 3.3
**Nonpriority creditor's name and mailing address**
Bureau of Ocean Energy Management
Gulf of Mexico, OCS Region; 1201 Elmwood Park Blvd
New Orleans, LA 70123-2394

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Property decommissioning liability

**Date or dates debt was incurred**  Various
**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
■ No
☐ Yes

$ 224,622,811

### 3.4
**Nonpriority creditor's name and mailing address**
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

### 3.5
**Nonpriority creditor's name and mailing address**
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

### 3.6
**Nonpriority creditor's name and mailing address**
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Debtor Bennu Oil & Gas, LLC
Name
Case 16-35930, Document 8  Filed in TXSB on 12/01/16  Page 3 of 6
Case number (*if known*)

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 269,957 |
| 5b. **Total claims from Part 2** | 5b. + | $ 228,917,162 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 229,187,119 |

Bennu Oil & Gas, LLC
Attachment to Form 206 E/F - Part 1.2 Priority Unsecured Claims
Amounts as of November 25, 2016

Description: Property taxes

| Sum of Balance Code | Name | Address 1 | Address 2 | City | State | ZIP Code | Phone | Fax | Contact | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 4231 | Mike Sullivan | Tax Assessor - Collector | P.O. Box 4622 | Houston | TX | 77210-4622 | (blank) | (blank) | (blank) | 147,944 |
| 2411 | Cypress-Fairbanks ISD | Tax Assessor - Collector | David Piwonka | Houston | TX | 77216-3908 | 281-664-6300 | 281-807-8191 | (blank) | 43,198 |
| 5381 | Sheldon ISD Tax Office | Tax Assessor - Collector | 11411 C. E. King Parkway | Houston | TX | 77044-7192 | 281-727-2036 | (blank) | (blank) | 39,425 |
| 4825 | Parkway Utility District | P.O. Box 1368 | (blank) | Friendswood | TX | 77549-1368 | 281-482-0216 | (blank) | (blank) | 22,089 |
| 3633 | Jerry J. Larpenter | Sherriff and Ex-Officio Tax Collector | P.O. Drawer 1670 | Houma | LA | 70361 | 985-857-0230 | (blank) | (blank) | 12,180 |
| 3785 | Lafayette Parish Tax Collector | P.O. Box 52667 | (blank) | Lafayette | LA | 70505 | 337-236-5880 | (blank) | (blank) | 3,603 |
| 2072 | City of Lafayette | P.O. Box 4024 | (blank) | Lafayette | LA | 70502 | 337-291-8272 | (blank) | (blank) | 762 |
| 4785 | Leland Falcon, Sheriff & E.O. Tax Coll | Parish of Assumption | P.O. Box 69 | Napoleonville | LA | 70390 | 985-369-7281 | (blank) | (blank) | 754 |
| **Grand Total** | | | | | | | | | | **269,957** |

Bennu Oil & Gas, LLC
Attachment to Form 206 E/F - Part 2.3 Nonpriority Unsecured Claims
Amounts as of November 25, 2016

Description     (Multiple Items)

| Sum of Balance Code | Name | Address 1 | Address 2 | City | State | ZIP Code | Phone | Fax | Contact | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 4340 | Murphy Exploration & Production Company | 9805 Katy Freeway, Suite G200 | (blank) | Houston | TX | 77024 | 281-675-9161 | (blank) | Juliana Long | 1,862,787 |
| 3088 | First Insurance Funding, Corp. | 450 Skokie Blvd., Suite 1000 | (blank) | Northbrook | IL | 60062 | 800-837-2511 | 800-837-3709 | (blank) | 514,674 |
| 3085 | FMC Technologies Inc. | P.O. Box 843402 | (blank) | Dallas | TX | 75284-3402 | 281-591-4000 | (blank) | (blank) | 466,182 |
| 5042 | Proserv Operations Inc. | Technology & Controls Texas | 15151 Sommermeyer St. | Houston | TX | 77041 | 281-407-2405 | 713-462-4304 | Stacey Podraza | 321,326 |
| 4480 | NGP Capital Resources Co | 909 Fannin | Ste. 3800 | Houston | TX | 77010 | 713-752-0062 | 713-752-0063 | (blank) | 194,179 |
| 4580 | Oceaneering International, Inc. | P.O. Box 731943 | (blank) | Dallas | TX | 75373-1943 | 713-329-4500 | 713-329-4621 | (blank) | 134,022 |
| 5380 | Shamrock Energy Solutions | c/o Gulf Coast Bank & Trust | P.O. Box 4232 | Houma | LA | 70361 | 866-289-1056 | 985-580-4021 | (blank) | 115,666 |
| 2430 | Danos & Curole Marine Contractors, LLC | P.O. Box 1460 | 13083 Highway 308 | Larose | LA | 70373 | 985-693-3313 | (blank) | Jaime Thibodaux | 103,958 |
| 1260 | AGI Industries, Inc. | 1170 Destrehan Ave. | (blank) | Harvey | LA | 70058 | 337-233-0626 | 337-233-0828 | (blank) | 65,649 |
| 3941 | Louisiana Cat | 3799 West Airline Highway | P.O. Drawer 536 | Reserve | LA | 70084-0536 | 985-536-1121 | (blank) | (blank) | 57,598 |
| 4360 | Nabors Offshore Corporation | 515 W. Greens Road, Suite 1000 | (blank) | Houston | TX | 77067 | 281-874-0406 | 281-775-8460 | (blank) | 48,800 |
| 1881 | Cactus Wellhead LLC | One Greenway Plaza | Suite 200 | Houston | TX | 77046 | (blank) | (blank) | (blank) | 32,199 |
| 2980 | Expeditors & Production Services, Inc | P.O. Box 80644 | (blank) | Lafayette | LA | 70598 | 337-839-2735 | (blank) | MelodyJohnlouis | 27,305 |
| 3380 | Harris Caprock Communications, Inc. | 4400 S. Sam Houston Parkway E. | (blank) | Houston | TX | 77048 | 832-668-2300 | 832-668-2403 | Craig Jones | 26,846 |
| 4023 | Mako Subsea Consulting LLC | 448 W 19th St, Suite 162 | (blank) | Houston | TX | 77008-3914 | 713-725-4152 | 713-868-3958 | Eric Olson | 26,015 |
| 4937 | AFS Petrologix, LLC | P.O. Box 1048 | (blank) | Youngsville | LA | 70592 | 337-560-9535 | 337-560-8520 | (blank) | 25,625 |
| 3087 | Fluid Crane & Construction, Inc. | P.O. Box 9586 | (blank) | New Iberia | LA | 70562 | 337-364-6191 | 337-364-0410 | (blank) | 25,255 |
| 5650 | Subsea Control Services Ltd | 4 Gun Wharf | 130 Wapping High St | London | (blank) | E1W 2NH | (blank) | (blank) | (blank) | 23,280 |
| 4100 | Martin Holdings, LLC | 16201 East Main Street | (blank) | Cut Off | LA | 70345 | 985-601-4444 | (blank) | (blank) | 17,900 |
| 3400 | High Island Offshore System, LLC | 1100 Louisiana | (blank) | Houston | TX | 77002 | 832-280-3087 | (blank) | Karen Pape | 13,898 |
| 4920 | Performance Energy Services, LLC | 2800 Post Oak Blvd., Suite 2600 | (blank) | Houston | TX | 77056 | 985-858-6815 | 985-868-0614 | Jody Stutchman | 13,537 |
| 2297 | Core Industries, Inc. | P.O. Box 190339 | (blank) | Mobile | AL | 36619 | 251-602-1308 | 251-660-7051 | (blank) | 13,083 |
| 3420 | Horizon Marine, Inc. | 15 Creek Road | (blank) | Marion | MA | 02738 | 508-748-1860 | 508-748-1525 | (blank) | 12,450 |
| 3608 | Island Operating Company, Inc. | 108 Zachary Drive | (blank) | Scott | LA | 70583 | 337-233-9594 | 337-235-9657 | Kim Brierre | 11,733 |
| 5460 | Sodexo Remote Sites Partnership | 5749 Susitna Drive | (blank) | Harahan | LA | 70123 | 504-733-5761 | 504-731-5726 | Yvette Munstere | 10,316 |
| 6140 | United Vision Logistics | P.O. Box 81008 | (blank) | Lafayette | LA | 70598-1008 | 800-992-0746 | (blank) | (blank) | 9,137 |
| 5600 | SPL, Inc. | P.O. Box 842013 | (blank) | Dallas | TX | 75284-2013 | 318-896-3055 | (blank) | (blank) | 8,695 |
| 4821 | Parkway Services Group, LLC | 251 Industrial Parkway | (blank) | Lafayette | LA | 70508 | (blank) | (blank) | (blank) | 8,517 |
| 2502 | Deepsea Technologies, Inc. | 7807 Fairview Street | (blank) | Houston | TX | 77041 | (blank) | (blank) | (blank) | 7,715 |
| 3412 | Hogan Lovells | 875 Third Ave. | (blank) | New York | NY | 10022 | 212-918-3000 | 212-918-3100 | (blank) | 7,692 |
| 6310 | W-Industries Ltd. L.P. | 11500 Charles Rd. | (blank) | Houston | TX | 77041 | 713-466-9463 | 713-466-9463 | (blank) | 7,295 |
| 5075 | PSC Industrial Outsourcing, LP | 5151 San Felipe, Suite 1100 | (blank) | Houston | TX | 77056 | 888-631-9652 | (blank) | Pam Duncanson | 7,255 |
| 2500 | Deep Sea Development Services, Inc | 15840 F.M. 529 | Ste. 308 | Houston | TX | 77095 | 281-858-8200 | 281-858-0515 | (blank) | 7,022 |
| 6020 | Trinity Medical Management LLC | 4621 Jamestown Ave. | (blank) | Baton Rouge | LA | 70808 | 225-769-4983 | 225-769-4984 | (blank) | 5,500 |
| 5004 | Premier Equipment Corporation Inc. | 13918 Airline Highway | (blank) | Baton Rouge | LA | 70817 | 225-755-2240 | (blank) | (blank) | 5,473 |
| 3640 | J. Connor Consulting, Inc. | 19219 Katy Freeway, Suite 200 | (blank) | Houston | TX | 77094 | 713-578-3388 | (blank) | Kim Sayre | 5,445 |
| 3110 | Four Oaks Place | 1300 Post Oak Blvd., Suite 500 | (blank) | Houston | TX | 77056 | 713-552-4883 | (blank) | (blank) | 5,281 |
| 2902 | EnerMech Mechanical Services Inc. | 14000 West Road | (blank) | Houston | TX | 77041 | 281-477-7828 | 281-477-7887 | Paula Monzon | 4,631 |

**Bennu Oil & Gas, LLC**
**Attachment to Form 206 E/F - Part 2.3 Nonpriority Unsecured Claims**
**Amounts as of November 25, 2016**

Description  (Multiple Items)

Sum of Balance

| Code | Name | Address 1 | Address 2 | City | State | ZIP Code | Phone | Fax | Contact | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1140 | Accudata Systems Inc. | 7906 N Sam Houston Parkway West | Suite 300 | Houston | TX | 77064 | 281-897-6311 | 281-897-5001 | (blank) | 4,301 |
| 5166 | RigNet, Inc. | 1880 S. Dairy Ashford, Suite 300 | (blank) | Houston | TX | 77077-4760 | 281-674-0683 | (blank) | (blank) | 3,878 |
| 4540 | O'Brien's Response Management, LLC | 2929 Imperial Highway, Suite 290 | (blank) | Brea | CA | 92821 | 714-577-2100 | 714-577-2118 | Mary Hudspith | 3,780 |
| 5761 | Tanks-A-Lot, Inc | 7723 Highway 182 East | (blank) | Morgan City | LA | 70380 | 985-385-1913 | 985-385-1950 | DeannaStansbury | 3,640 |
| 4720 | Omega Waste Management Inc. | 1900 Hwy. 90 West | (blank) | Patterson | LA | 70392 | 985-399-5100 | 985-399-7963 | Janet Louviere | 3,000 |
| 3362 | HB Rentals, LC | 5813 Hwy 90 East | (blank) | Broussard | LA | 70518 | 337-839-1641 | (blank) | Jill Sigur | 2,945 |
| 2580 | Diamond Oil Field Supply, Inc. | 201 Cummings Rd. | (blank) | Broussard | LA | 70518 | 337-714-0560 | (blank) | (blank) | 2,689 |
| 2946 | EPS Logistics | 206 Magnate Drive | (blank) | Lafayette | LA | 70508 | 337-839-2735 | (blank) | (blank) | 2,600 |
| 4060 | Manta Ray Offshore Gathering Co, LLC | 1100 Louisiana Street, Suite 3300 | (blank) | Houston | TX | 77002 | 832-214-9317 | (blank) | (blank) | 2,000 |
| 5360 | SEMPCheck Services, Inc. | 5311 Kirby Drive, Suite 212 | (blank) | Houston | TX | 77005 | 713-443-8475 | (blank) | (blank) | 1,949 |
| 5670 | Summit Electric Supply Co., Inc. | 2900 Stanford NE | (blank) | Albuquerque | NM | 87107 | 800-824-4400 | 866-792-6495 | (blank) | 1,850 |
| 6200 | U.S. Steel Oilwell Services, LLC | 600 Grant Street, Room 1381 | (blank) | Pittsburgh | PA | 15219 | (blank) | (blank) | (blank) | 1,119 |
| 4292 | Morgan, Lewis & Bockius, LLP | 1701 Market Street | (blank) | Philadelphia | PA | 19103-2921 | 713-890-5000 | 713-890-5001 | (blank) | 752 |
| 5220 | Rockwell Collins Inc. (Wilkens Weather) | Dept. 0875 | P.O. Box 120875 | Dallas | TX | 75312-0875 | 319-295-27-7 | 319-295-4092 | (blank) | 750 |
| 1280 | Airgas USA, LLC | 259 N. Radnor-Chester Rd. | (blank) | Radnor | PA | 19317 | 985-868-0002 | (blank) | (blank) | 705 |
| 1456 | Arctic Pipe Inspection Inc. of Houston | P.O. Box 1258 | (blank) | Channelview | TX | 77530 | 281-456-8300 | (blank) | (blank) | 690 |
| 14730 | Antelope Oil Tool & Mfg. Co., LLC | 8807 W. Sam Houston Pkwy. N. | Suite 200 | Houston | TX | 77040 | 832-756-2300 | 832-756-2398 | Jody Truong | 550 |
| 2760 | Donovan Controls LLC | P.O. Box 2582 | (blank) | Mandeville | LA | 70470 | 877-776-3837 | 800-881-5452 | Stacey Dupree | 445 |
| 5060 | Progressive Waste Solutions of LA Inc. | P.O. Box 650348 | (blank) | Dallas | TX | 75265-0348 | 985-851-0278 | 985-851-7532 | (blank) | 411 |
| 4605 | Office Depot, Inc. | P.O. Box 660113 | (blank) | Dallas | TX | 75266-0113 | 888-263-3423 | (blank) | (blank) | 384 |
| 2073 | Citrix Systems, Inc | 851 West Cypress Creek Rd. | (blank) | Fort Lauderdale | FL | 33309 | (blank) | (blank) | (blank) | 374 |
| 2200 | COMM Engineering, Inc. | P.O. Box 53463 | (blank) | Lafayette | LA | 70505-3463 | 337-237-4373 | 337-234-1805 | (blank) | 320 |
| 1380 | American Eagle Logistics | 1247 Petroleum Parkway | (blank) | Broussard | LA | 70518 | 337-839-3500 | (blank) | Dawn Suire | 291 |
| 4666 | Oil Distribution Services | 910 Louisiana | (blank) | Houston | TX | 77002 | 800-326-6098 | (blank) | (blank) | 262 |
| 1385 | American Express | Travel Related Services Co. Inc. | P.O. Box 360001 | Ft Lauderdale | FL | 33336-0001 | 866-659-1453 | (blank) | (blank) | 219 |
| 2826 | Element Materials Tech Lafayette LLC | 32532 Collection Center Drive | (blank) | Chicago | IL | 60693-0325 | 337-235-0483 | (blank) | (blank) | 200 |
| 3629 | Jim Delino | 2429 LA Hwy 343 | (blank) | Maurice | LA | 70555 | (blank) | (blank) | (blank) | 154 |
| 6380 | WWE-Houston SW | 520 Post Oak Blvd., Suite 825 | (blank) | Houston | TX | 77027 | 877-993-7363 | 713-626-0797 | (blank) | 81 |
| 2155 | Coastal Chemical Co. LLC | P.O. Box 820 | (blank) | Abbeville | LA | 70511-0820 | 337-898-0001 | (blank) | (blank) | 72 |
| 3793 | Lakeside Consulting Services, LLC | 6416 Price Road | (blank) | Gueydan | LA | 70542 | (blank) | (blank) | Harold Chapman | 0 |
| **Grand Total** | | | | | | | | | | **4,294,351** |