IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BENNU OIL & GAS, LLC, *et. al.,*[1] | § | CASE NO. 16-35930 |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |
| | § | |

TRUSTEE'S STATUS REPORT REGARDING
SALE OF THE ATWATER ASSETS TO TALOS ERT, LLC AND
DISPUTE WITH BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT
(Relates to Docket No. 239)

TO: THE HONORABLE DAVID R. JONES, UNITED STATES CHIEF BANKRUPTCY JUDGE, CREDITORS, AND PARTIES IN INTEREST

Janet S. Northrup, the chapter 7 trustee (the "**Trustee**")[2] for the above-referenced and jointly administered bankruptcy cases hereby files her *Trustee's Status Report Regarding the Potential Sale of the Atwater Assets to Talos ERT, LLC and Dispute with the Bureau of Safety and Environment Enforcement* (the "**Status Report**") and would respectfully submit the following:

1. In the last status conference before the Court on the proposed sale of the Atwater Assets on August 28, 2018 (the "**Status Conference**"), the Trustee and her counsel, along with counsel for Talos ERT, LLC ("**Talos**"), counsel for the Bureau of Safety and Environmental Enforcement ("**BSEE**") and the Bureau of Ocean and Energy Management ("**BOEM**"), and counsel for certain other parties, advised the Court that by letter dated August 2, 2018 (the "**August 2nd Letter**"), BSEE denied Bennu's pre-petition request for a suspension of production

---

[1] The Debtors in these jointly administered chapter 7 cases are Bennu Oil & Gas, LLC (Case No. 16-35930), Bennu Blocker, Inc. (Case No. 16-35931), and Bennu Holdings, LLC (Case No. 16-35932).

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Trustee's Motion seeking approval to sell the Atwater Assets free and clear of all liens, claims, charges and encumbrances and the assumption and assignment of executory contracts and leases (the "Sale Motion")[Docket No 239].

3055380.1

(the "**SOP**") for that certain deep-water, offshore lease, referenced as "Lease OCS-G 13198, Atwater Valley Block 63" ("**AT 63**").[3] Counsel for the Trustee and Talos further advised the Court that the Trustee and Talos felt the ruling was incorrect and legally challengeable and were evaluating the course of action they were considering to reverse such ruling. Specifically, the Trustee and Talos reserved all rights with respect to BSEE's denial of the SOP. Counsel for the Trustee and Talos also raised potential actions the potential filing of a declaratory relief claim with the Court and/or the filing of an appeal of BSEE'S denial of the SOP to the Interior Board of Land Appeals (the "**IBLA**"). At the conclusion of the Status Conference, the Court announced that the Sale Motion would remain on the docket to allow the Trustee and Talos to assess their options and pursue one or both of the potential actions in connection with BSEE'S denial of the SOP in order to allow the Estate (and the Trustee) to consummate the sale to Talos.

2.      Subsequent to the Status Hearing, counsel for the Trustee, Talos, BSEE, and BOEM (collectively, the "**Parties**") engaged in discussions to determine whether the actions of the Trustee and Talos to consummate the transaction would enable a consensual resolution of the denial of the SOP without having to initiate one of the contemplated proceedings. Ultimately, the Trustee and Talos determined that they would file an IBLA appeal of BSEE's denial of the SOP initially, to allow settlement discussions to occur. For this reason, on September 27, 2018, the Trustee and Talos filed their *Joint Notice of Appeal* of the BSEE Decision dated August 2, 2018 denying the SOP. The appeal is currently pending before the IBLA under IBLA-2019-3 (the "**Appeal**"). Upon the filing of the Appeal by the Trustee and Talos, BOEM and BSEE entered into a consensual "stay" of the consequences of the denial of the SOP during the Appeal, agreeing that AT 63 would not be returned for public sale, BSEE would not require

---

[3] The August 2nd Letter was admitted into the record by the Court at the Status Hearing as Trustee's Exhibit A.

decommissioning of AT 63 as if the lease had terminated, and BSEE would not release any proprietary geophysical and geological data associated with AT 63.

3. Subsequent to the filing of the Appeal, counsel for the Parties continued settlement discussions. In that regard, on October 29, 2018, the Parties filed a *Joint Motion for Suspension of Proceeding* with the IBLA to suspend the appeal for a specified period to allow the Parties to engage in settlement discussions. On November 14, 2018, the IBLA entered an Order suspending consideration of the Appeal, placing the matter on the IBLA's inactive docket, and tolling all filing deadlines including BSEE's obligation to file the administrative record, until February 25, 2019.

4. In that regard, the Parties scheduled a settlement meeting and, on December 3, 2018, the Parties and their counsel participated in such meeting at BSEE's regional offices in New Orleans (the "**December 3rd Meeting**"). A detailed presentation was made by senior management of Talos to BSEE at the December 3rd Meeting, and BSEE commenced consideration of those items discussed and indicated that they would provide the Trustee and Talos with a response after internal discussions among BSEE representatives and counsel.

5. On December 18, 2018, counsel for the Parties convened a follow up telephone conference to discuss the outcome of the December 3rd Meeting and to coordinate additional actions to be taken by the Parties. Counsel for BSEE acknowledged that, as a result of the December 3rd Meeting, the next steps and feedback were to come from BSEE. While the December 3rd Meeting was helpful and productive, the partial government shutdown (the "**Shutdown**") has delayed any response from BSEE. The subsequently scheduled conference call among counsel for the Parties was also cancelled as a result of the Shutdown.

6. While the Trustee remains optimistic that discussions may result in a consensual resolution of the Appeal, the Trustee notes that the suspension of Appeal expires in a little over three weeks, and the issues have been in BSEE's hands for over two months since the December 3rd Meeting. The Trustee will update the Court, Creditors, and Parties in Interest with a further status report when there is new information now that the Shutdown has ceased, at least temporarily.

DATED: January 31, 2019.

        Respectfully submitted,

        HUGHES WATTERS ASKANASE, L.L.P.

        By: /s/ Randall A. Rios
            Randall A. Rios
            State Bar No. 16935865
            Timothy A. Million
            State Bar No. 24051055
            Total Plaza
            1201 Louisiana Street, 28th Floor
            Houston, Texas  77002
            Tel:  713-328-1930
            Fax:  713-759-6834

        ATTORNEYS FOR JANET NORTHRUP,
        CHAPTER 7 TRUSTEE

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the *Trustee's Status Report Regarding the Potential Sale of the Atwater Assets to Talos ERT, LLC and Dispute with the Bureau of Safety and Environment Enforcement* was served on the parties shown on the attached service list either *via* electronic means as listed on the court's ECF noticing system or United States first class mail, postage prepaid, on January 31, 2019.

        /s/ Randall A. Rios
        Randall A. Rios

**SERVICE LIST**

**Debtors**
*Bennu Oil & Gas, LLC
1330 Post Oak Blvd., Suite 1600
Houston, TX 77056

*Bennu Blocker, Inc.
1330 Post Oak Blvd., Suite 1600
Houston, TX 77056

*Bennu Holdings, LLC
1330 Post Oak Blvd., Suite 1600
Houston, TX 77056

**Debtors' Counsel**
John P. Melko
Gardere Wynne Sewell LLP
1000 Louisiana, Ste. 2000
Houston, TX 77002
*Email: jmelko@gardere.com*

**Chapter 7 Trustee**
Janet S. Northrup
Hughes Watters Askanase
Total Plaza
1201 Louisiana, 28th Floor
Houston, TX 77002

**Office of the U.S. Trustee**
Hector Duran
Office of the US Trustee
515 Rusk, Ste. 3516
Houston, TX 77002
*Via ECF: Hector.Duran.Jr@usdoj.gov*

Stephen Douglas Statham
Office of US Trustee
515 Rusk, Ste. 3516
Houston, TX 77002
*Via ECF: stephen.statham@usdoj.gov*

**Taxing Authorities**
Mike Sullivan
Tax Assessor – Collector
PO Box 4622
Houston, TX 77210

*Cypress Fairbanks ISD
Tax Assessor – Collector
David Piwonka
Houston, TX 77216

Sheldon ISD Tax Office
Tax Assessor – Collector
11411 C.E. King Parkway
Houston, TX 77044

Parkway Utility District
PO Box 1368
Friendswood, TX 77549

Jerry J. Larpenter
Sherriff and Ex-officio Tax Collector
PO Drawer 1670
Houma, LA 70361

Lafayette Parish Tax Collector
PO Box 52667
Lafayette, LA 70505

City of Lafayette
PO Box 4024
Lafayette, LA 70502

Leland Falcon, Sheriff & E.O. Tax Collector
Parish of Assumption
PO Box 69
Napoleonville, LA 70390

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

*undeliverable

2992097-1

**20 Largest Creditors**

Bureau of Safety & Environmental Enforcement
Gulf of Mexico, OCS Region
1201 Elmwood Park Blvd.
New Orleans, LA  70123-2394

Murphy Exploration & Production Company
9805 Katy Freeway, Suite G200
Houston, TX  77024

First Insurance Funding, Corporation
450 Skokie Blvd., Suite 1000
Northbrook, IL  60062

FMC Technologies Inc.
PO Box 843402
Dallas, TX  75284-3402

Proserv Operations Inc.
Technology & Controls Texas
15151 Sommermeyer Street
Houston, TX  77041

*NGP Capital Resources Company
909 Fannin, Suite 3800
Houston, TX  77010

Oceaneering International, Inc.
PO Box 731943
Dallas, TX  75373

Shamrock Energy Solutions
c/o Gulf Coast Bank & Trust
PO Box 4232
Houma, LA  70361

*Danos & Curole Marine Contractors, LLC
PO Box 1460
13083 Highway 308
Larose, LA  70373

AGI Industries, Inc.
1170 Destrehan Ave
Harvey, LA  70058

Louisiana Cat
3799 West Airline Highway
PO Drawer 536
Reserve, LA  70084

Nabors Offshore Corporation
515 W Green Road, Suite 1000
Houston, TX  77067

Cactus Wellhead LLC
920 Memorial City Way, Suite 300
Houston, TX  77024

Expeditions & Productions Services, Inc.
PO Box 82644
Lafayette, LA  70598

Harris Caprock Communications, Inc.
4400 S. Sam Houston Parkway E.
Houston, TX  77048

Mako Subsea Consulting LLC
448 W 19th Street, Suite 162
Houston, TX  77008

AFS Petrologix, LLC
PO Box 1048
Youngsville, LA  70592

Fluid Care & Construction, Inc.
PO Box 9586
New Iberia, LA  90562

Subsea Control Serviced Ltd.
4 Gun Wharf
130 Wapping High Street
London
E1W 2NH

Martin Holdings, LLC
16201 East Main Street
Cut Off, LA  70345

*undeliverable

2992097-1

**Secured Creditors**
Wilmington Trust, N.A.
50 South Sixth Street, Suite 1290
Minneapolis, MN  55402

Duane Morris LLP
1330 Post Oak Blvd., #800
Houston, TX  77056

O'Melveny & Myers
400 South Hope Street, 18th Floor
Los Angeles, CA  90071

*Alpine Swift Master LP
767 Fifth Avenue, 16th Floor
c/o Wingspan
New York, NY  10153

Associated British Foods Pension Scheme -1
1620 26th Street, Suite 6000N
c/o Beachpoint Capital
Santa Monica, CA  90404

Avenue Credit Strategies Fund
399 Park Avenue, 6th Floor
New York, NY  10022

Bank of America NA
214 North Tryon Street
Charlotte, NC  28255

*Beadsea Opportunity LLC
777 Third Avenue, Suite 19A
New York, NY  10017

Bell Atlantic Master Trust
One Mellon Center, Suite 151-0915
c/o Credit Value Partners
Pittsburgh, PA  15258-0001

BOF Holdings IV, LLC
1450 Brickell Avenue, 31st Avenue
c/o Bayside Capital
Miami, FL  33131

Brookwood S A R L
6D, route de Treves
c/o Castle Hill asset Management
Senningerberg, Luxembourg
L-2633

Busbar
200 Clarendon Street, 55th Floor
c/o Arclight Capital Partners
Boston, MA  02117

*Castle Hill Enhanced Floating Rate
Opportunities Limited
42-44 Grosvenor Gardens
London, UK  SW1WOEB

Credit Suisse Loan Funding III LP
Eleven Madison Avenue, 23rd Floor
New York, NY  10010

*Credit Value Master Fund
777 Third Avenue, Suite 19A
New York, NY  10017

Fernwood Associates
1370 Avenue of the Americas, 33rd Floor
c/o Intermarket
New York, NY  20019

Fulcra Focused Yield Fund
415-1090 Wester Pender Street
Vancouver, BC  V6E 2N7

Goldman Sachs Lending Partners
200 West Street
New York, NY  10282-2198

JP Morgan Whitefriars Inc.
125 London Wall
c/o JP Morgan Chase
London, UK  EC2Y SAJ

Lake Water Total Return Opportunity Fund
3 Fennell Street, Suite 3
Skaneateles, NY  13152

*undeliverable

2992097-1

Lloyds Bank Pension Scheme
1620 26th Street, Suite 6000N
c/o Beachpoint Capital
Santa Monica, CA  90404

MSD Credit Opportunity Fund
645 Fifth Avenue, 21st Floor
New York, NY  10022

P Stone Lion
Four Chase Metrotech Center North
Brooklyn, NY  11245-0001

Pennantpark Credit Opportunities Fund
590 Madison Avenue, Floor 15
New York, NY  10022

Perella Weinberg Partners
767 Fifth Avenue, 4th Floor
New York, NY  10153

Royal Mail Pension Plan 1
1620 26th Street, Suite 6000N
c/o Beachpoint Capital
Santa Monica, CA  90404

*Schultze Master Fund Ltd.
3000 Westchester Avenue, Suite 204
Purchase, NY  10577

Sierra Income Corporation
c/o Medley Capital
280 Park Avenue, 6th Floor East
New York, NY  10017

Spectrum Credit Opportunities
1250 Broadway, 19th Floor
New York, NY  10152

Stone Lion Portfolio LP
Four Chase Metrotech center North
Brooklyn, NY  11245-0001

Whitehorse IX, Ltd.
1555 North Rivercenter Drive, Suite 302
Milwaukee, WI  53212

*undeliverable

2992097-1

Whitehorse VIII, Ltd.
601 Travis Street, 17th Floor
Houston, TX  77002

*Wingspan Master Fund LP
767 Fifth Avenue, 16th Floor
New York, NY  10153

**Parties Requesting Notice**
Owen Mark Sonik
Perdue Brandon Fielder Collins and Mott, LLP
1235 North Loop West, Ste. 600
Houston, TX 77008
*Via ECF:* osonik@pbfcm.com
*Attorney for Sheldon ISD*

Tara L. Grundemeier
Linebarger Goggan Blair & Sampson, LLP
1301 Travis Street, Suite 300
Houston, TX 77002
*Via ECF:*
houston_bankruptcy@publicans.com
*Attorney for Cypress Fairbanks ISD, Harris County*

William Alfred Wood, III
Bracewell LLP
711 Louisiana St., Ste. 2300
Houston, TX 77002-2781
*Via ECF:* Trey.Wood@bracewelllaw.com
*Attorney for TM Energy Holdings LLC, GMZ Energy Holdings LLC and CLP Energy LLC*

Michael W. Bishop
Gray Reed & McGraw, P.C.
4600 Thanksgiving Tower
1601 Elm St.
Dallas, TX 75201
*Via ECF:* mbishop@grayreed.com
*Attorney for SEACOR Marine, LLC*

Brian A. Kilmer
Kilmer Crosby & Walker PLLC
1004 Prairie Street, Suite 300
Houston, TX 77002
*Via ECF: bkilmer@kcw-lawfirm.com*
*Attorney for Fieldwood Energy LLC*

Eunice Rim Hudson
U.S. Dept. of Justice, Civil Div.
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
*Via ECF: Eunice.R.Hudson@usdoj.gov*

J. Eric Lockridge
Kean Miller LLP
P.O. Box 3513
Baton Rouge, LA 70821-3513
*Via ECF: eric.lockridge@keanmiller.com*
*Attorney for Murphy Exploration & Production Company – USA*

Richard A. Kincheloe
United States Attorney's Office
1000 Louisiana St., Suite 2300
Houston, TX 77002
*Via ECF: Richard.Kincheloe@usdoj.gov*

Andrew A. Braun
Gieger Laborde & Laperouse, LLC
701 Poydras St., Ste. 4800
New Orleans, LA 70139-4800
Via ECF: *abraun@glllaw.com*
*Attorney for WesternGeco, LLC*

M. Maraist
Anderson, Lehrman, Barre & Maraist
1001 Third Street, Ste 1
Corpus Christi, TX 78404
*Via ECF: kmaraist@albmlaw.com*
*Attorney for Archrock Partners Operating LLC and Archrock Services, L.P.*

Charles A. Beckham, Jr
Kelli S. Norfleet
Haynes & Boone
1221 McKinney St., Ste. 2100
Houston, TX 77010
*Via ECF: beckhamc@haynesboone.com*
*Attorneys for Wilmington Trust, National Association*

Michael Francis Lotito
Suzanne Uhland
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
*Via ECF: mlotito@omm.com*
*Attorney for Wilmington Trust, National Association*

Paul J. Goodwine
Samatha E. Marrone
Looper Goodwine, P.C.
650 Poydras Street, Suite 2400
New Orleans, LA 70130
*Attorney for Wilmington Trust, National Association*

Heather Lee Lingle
Dabney and Pappas
1776 Yorktown, Suite 425
Houston, TX 77056
*Via ECF: heather@dabneypappas.com*
*Attorney for Four Oaks Place Operating, LP*

Michael D. Rubenstein
Liskow Lewis
1001 Fannin Street, Suite 1800
Houston, TX 77002
*Via ECF: mdrubenstein@liskow.com*
*Attorney for Statoil USA E&P, Inc.*

\*undeliverable

2992097-1

Robin B. Cheatham
Adams Reese LLP
701 Poydras Street, Ste. 4500
New Orleans, LA 70139
*Via ECF:* robin.cheatham@arlaw.com
*Attorney for Sojitz Energy Venture, Inc.*

Elizabeth A. Green
Baker & Hostetler LLP
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
*Via ECF*: egreen@bakerlaw.com
*Attorney for Panther Operating Company LLC*

Charles S. Kelley
Mayer Brown LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2730
*Via ECF:* ckelley@mayerbrown.com

Sylvia Mayer
S. Mayer Law PLLC
PO Box 6542
Houston, TX 77265
*Via ECF:* smayer@smayerlaw.com
*Attorney for Stone Energy*

Shari L. Heyen
David Eastlake
Grenberg Traurig, LLP
1000 Louisiana, Suite 1700
Houston, Texas 77002
*Via ECF:* HeyenS@gtlaw.com
         EastlakeD@gtlaw.com
*Attorneys for Oceaneering International, Inc.*

Louis M. Phillips
Kelly Hart & Pitre
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
*Via ECF:* louis.phillips@kellyhart.com
*Counsel for Gerald H. Schiff, Chapter 11 Trustee*

Bellis Family Ventures, LLC and
Suzanne K. Bellis Survivor's
 Trust Share One
702 Acacia Ave.
Corona Del Mar, CA 92625

Tony L. Draper
Walker Wilcox Matousek, LLP
1001 McKinney, Suite 2000
Houston, TX 77002
*Via ECF:* tdraper@wwmlawyers.com

Ross Spence
Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX 77019
*Via ECF:* ross@snowspencelaw.com
*Attorney for Supreme Services & Specialty Co., Inc.*

Zachary S. McKay
Dore Law Group, P.C.
17171 Park Row, Suite 160
Houston, TX 77084
*Via ECF:* zmckay@dorelawgroup.net
*Attorney for Nabors Offshore Corporation*

Steven W. Soule
Hall, Estill, et al.
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706
*Via ECF:* ssoule@hallstill.com
*Attorney for The Williams Companies, Discovery Gas Transmission and Discovery Producer Services*

Casey Doherty
Gray Reed & McGraw LLP
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056
*Via ECF:* cdoherty@grayreed.com
*Attorney for Deep Trend Storage and Solutions*

*undeliverable

2992097-1

Michael D. Rubenstein
Liskow & Lewis
1001 Fannin Street, Suite 1800
Houston, TX  77002
Via ECF: mdrubenstein@liskow.com
*Attorney for Statoil USA E&P, Inc.*

Pamela H. Walters
Aldine ISD
2520 W.W. Thorne Drive
Houston, TX  77073
Via ECF: bnkatty@aldineisd.org
*Attorney for Aldine ISD*

Richard M Gaal
McDowell Knight et al
11 North Water St., Ste. 13290
Mobile, AL 36602
Via ECF: rgaal@mcdowellknight.com

William A. (Trey) Wood, III
Jonathan Lozano
Bracewell LLP
711 Louisiana Street, Suite 2300
Houston, TX  77002
Via ECF: Trey.Wood@bracewelllaw.com
        Jonathan.Lazano@bracewelllaw.com

\*undeliverable

2992097-1